**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**SHIRLEY MEARS DAVIS,**

**Petitioner,**

**v.** **Case No. 5:26-cv-215-AW-MAF**

**MICHAEL A. BRYANT, et al.,**

**Respondents.**

_________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's report and recommendation. ECF No. 6. I have also considered de novo the issues addressed in Petitioner's objections. ECF No. 8. I agree with the magistrate judge that *Younger* abstention is appropriate, and I adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "The § 2241 petition is dismissed based on *Younger* abstention." A certificate of appealability is DENIED.

The motion (ECF No. 5) is DENIED.

The court will not address other requests for relief contained in the objections, as any request for relief must be made by motion.

The clerk will close the file.

SO ORDERED on September 16, 2026.

s/ *Allen Winsor*
Chief United States District Judge